UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA (Rural Development)<br>    Plaintiff<br><br>v.<br><br>ANGEL MANUEL CALDERA NEGRON, NILDA ROSARIO COLON and the conjugal partnership constituted by both<br>    Defendant | CIVIL NO. 98-2304(SEC)<br>FORECLOSURE OF MORTGAGE |

ORDER FOR CANCELLATION OF LIS PENDENS

Upon motion by the plaintiff, United States of America, it is hereby ORDERED that the Lis Pendens made on the real property described hereinbelow by virtue of the Lis Pendens issued in this case, be cancelled and that a Writ for Cancellation of Lis Pendens be issued by the Clerk of this Court whereby the Registrar of Property of the Registry of Property of Manatí, Puerto Rico, shall be directed to cancel of record said Lis Pendens:

> URBANA: Solar número CUATRO (4), BLOQUE A (a-4), según Plano de Inscripción del proyecto donominado URBANIZACION MONTE REY, radicado en el Barrio Hato Viejo del término municipal de Ciales, Puerto Rico. Dicho solar tiene un área de CUATROCIENTOS TRES PUNTO QUINIENTOS VEINTISEIS METROS CUADRADOS (403.526) y colinda por el NORTE, en Once punto ciento tres metros (11.103) con terreno de Julio Lozada; por el SUR, en Once punto cero cincuenta metros (11.050) con la Calle Número Uno (1); por el ESTE, en Treinta y seis punto novecientos treinta y seis metros lineales (36.936) con Lote A-cinco (A-5); por el OESTE, en treinta y seis punto cero cincuenta y un metros lineales (36.051) con el solar A-guión tres (A-3)".

> Contiene una residencia de una planta construída de

U.S.A. vs. Angel Manuel Caldera Negron, et al
Case No. 98-2304(SEC)
Page 2

concreto y bloques para una sola familia.

Lis pendens recorded at the Property Registry of Manati, at page 30, volume 233 of Ciales, property number 10,560, upon the property subject of this action.

San Juan, Puerto Rico, this _20_ day of _Dec._, 1999.

*[signature]*
UNITED STATES DISTRICT JUDGE